1  BUCHALTER
   A Professional Corporation
2  WILLMORE F. HOLBROW III (SBN: 169688)
3  1000 Wilshire Boulevard, Suite 1500
   Los Angeles, CA 90017-1730
4  Telephone: 213.891.0700
   Fax: 213.896.0400
5  Email: wholbrow@buchalter.com
6  Attorneys for Plaintiff SPIRIT CLOTHING COMPANY

7  BESHADA FARNESE LLP
   PETER J. FARNESE (SBN: 251204)
8  11601 Wilshire Boulevard, Suite 500
   Los Angeles, CA 90025
9  Telephone: 310.356.4668
10 Fax: 310.388.1232
   Email: pjf@beshadafarneselaw.com
11
   EPSTEIN DRANGEL LLP
12 ASHLY E. SANDS (AS 7715)
   KERRY B. BROWNLEE (KB 0823)
13 60 East 42nd Street, Suite 2520
14 New York, NY 10165
   Telephone: 212.292.5390
15 Facsimile: 212.292.5391
   Attorneys for Defendants PALM ANGELS S.R.L. and 1220 COLLINS AVENUE,
16 INC. dba The Webster

17

18              **UNITED STATES DISTRICT COURT**

19              **CENTRAL DISTRICT OF CALIFORNIA**

20

| | |
|---|---|
| SPIRIT CLOTHING COMPANY, | Case No. 2:18-cv-03258-VAP-JPR |
| Plaintiff, | Honorable Judge Virginia A. Phillips |
| vs. | |
| PALM ANGELS S.R.L., COLLINS AVENUE, INC., dba THE WEBSTER, | **STIPULATION RE: DISMISSAL WITH PREJUDICE** |
| Defendants. | |

**WHEREAS,** Plaintiff SPIRIT CLOTHING COMPANY ("Plaintiff") and Defendants PALM ANGELS S.R.L. and COLLINS AVENUE, INC., dba THE WEBSTER ("Defendants") have entered into a Settlement Agreement resolving the dispute in its entirety, Plaintiff and Defendants enter into the following Stipulation.

Plaintiff and Defendants, by and through their undersigned attorneys, hereby stipulate to the dismissal with prejudice of all claims and counterclaims in the above-captioned action.  Pursuant to Federal Rules of Civil Procedure 41, Plaintiff and Defendants request an Order of the Court (proposed Order submitted herewith) dismissing all claims and counterclaims, with prejudice.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD**

DATED:  April 18, 2019        BUCHALTER
                              A Professional Corporation

                              By: /s/ Willmore F. Holbrow III
                                   WILLMORE F. HOLBROW III
                                   Attorneys for Plaintiff

DATED:  April 18, 2019        BESHADA FARNESE LLP


                              By: /s/ Peter J. Farnese
                                   PETER J. FARNESE
                                   Attorneys for Defendants