1  BUCHALTER
   A Professional Corporation
2  WILLMORE F. HOLBROW III (SBN: 169688)
   1000 Wilshire Boulevard, Suite 1500
3  Los Angeles, CA 90017-1730
   Telephone: 213.891.0700
4  Fax: 213.896.0400
   Email: wholbrow@buchalter.com
5
   Attorneys for Plaintiff SPIRIT CLOTHING COMPANY
6

JS-6

FILED
CLERK, U.S. DISTRICT COURT

APR 22, 2019

CENTRAL DISTRICT OF CALIFORNIA
BY: ___BH___ DEPUTY

7  BESHADA FARNESE LLP
   PETER J. FARNESE (SBN: 251204)
8  11601 Wilshire Boulevard, Suite 500
   Los Angeles, CA 90025
9  Telephone: 310.356.4668
   Fax: 310.388.1232
10 Email: pjf@beshadafarneselaw.com

11 EPSTEIN DRANGEL LLP
   ASHLY E. SANDS (AS 7715)
12 KERRY B. BROWNLEE (KB 0823)
   60 East 42nd Street, Suite 2520
13 New York, NY 10165
   Telephone: 212.292.5390
14 Facsimile: 212.292.5391

15 Attorneys for Defendants PALM ANGELS S.R.L. and 1220 COLLINS AVENUE,
   INC. dba The Webster
16

17
                **UNITED STATES DISTRICT COURT**
18
                **CENTRAL DISTRICT OF CALIFORNIA**
19

| | |
|---|---|
| SPIRIT CLOTHING COMPANY, | Case No. 2:18-cv-03258-VAP-JPR |
| Plaintiff, | Honorable Judge Virginia A. Phillips |
| vs. | |
| PALM ANGELS S.R.L., COLLINS AVENUE, INC., dba THE WEBSTER, | **[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** |
| Defendants. | |

(lines 20–28)

**ORDER**

This matter came before the Court on Stipulation filed by Plaintiff Spirit Clothing Company and Defendants Palm Angeles S.R.L. and COLLINS AVENUE, INC., dba THE WEBSTER. In view of the Stipulation, the Court hereby **DISMISSES** the Complaint and Counterclaim, with prejudice.

Dated: April 21, 2019

_____
Hon. Judge Virginia A. Phillips
United States District Judge